**Roy David TOWNSEND, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 40349.**

Court of Criminal Appeals of Texas.

May 3, 1967.

Rehearing Denied June 14, 1967.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

WOODLEY, Presiding Judge.

The offense is drunk driving; the punishment, 3 days in jail and a fine of $100.

No copy of a sentence was included in the record as required by Art. 40.09, Section 1, Vernon's Ann.C.C.P.

Also, it appears that appellant is at liberty under a recognizance on appeal and attention is directed to the fact that there is no provision for a recognizance in the 1965 Code of Criminal Procedure.

The appeal is dismissed.